**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                                                    Civil Action No. 2:14-cv-03933-KM-SCM

JOHN DOE, subscriber assigned IP address
68.45.26.51,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 68.45.26.51. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 20, 2014

                                                      Respectfully submitted,

                                                      By:  /s/ *Patrick J. Cerillo*
                                                      Patrick J. Cerillo
                                                      pjcerillolaw@comcast.net
                                                      4 Walter Foran Blvd.
                                                      Suite 402
                                                      Flemington, NJ 08822
                                                      Telephone: (908) 284-0997
                                                      Facsimile: (908) 284-0915
                                                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ Patrick J. Cerillo_____
      Patrick J. Cerillo